# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  ELIZABETH D. YOUNG                                      Case Number: 05-76607
3603 SHATTUCK LANE                SSN-xxx-xx-4341
ROCKFORD, IL  61114

Case filed on:        10/13/2005
Plan Confirmed on:  12/30/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $40,156.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY DAVID H CARTER | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
| 007 | WOLPOFF & ABRAMSON, L.L.P. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | ELIZABETH D. YOUNG | 0.00 | 0.00 | 1,487.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,487.00 | 0.00 |
| 001 | ALPINE BANK & TRUST CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | FIFTH THIRD BANK | 15,501.93 | 15,500.00 | 15,500.00 | 925.92 |
|  | Total Secured | 15,501.93 | 15,500.00 | 15,500.00 | 925.92 |
| 002 | FIFTH THIRD BANK | 0.00 | 1.93 | 0.92 | 0.00 |
| 003 | BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | PORTFOLIO RECOVERY ASSOCIATES | 577.00 | 577.00 | 275.12 | 0.00 |
| 005 | HOME DEPOT CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ECAST SETTLEMENT CORPORATION | 36,165.50 | 36,165.50 | 17,244.56 | 0.00 |
|  | Total Unsecured | 36,742.50 | 36,744.43 | 17,520.60 | 0.00 |
|  | Grand Total: | 54,444.43 | 54,444.43 | 36,707.60 | 925.92 |

Total Paid Claimant:       $37,633.52
Trustee Allowance:         $2,522.48
Percent Paid Unsecured:         47.68

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 11/24/2008                By  /s/Heather M. Fagan